STATE v. EVANS

No. 51.

Case below: 40 N.C. App. 730.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 June 1979.

STATE v. FUTRELL

No. 75 PC.

Case below: 39 N.C. App. 674.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 June 1979.

STATE v. GORE

No. 151 PC.

Case below: 39 N.C. App. 259.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 5 June 1979.

STATE v. MARTIN

No. 118 PC.

Case below: 40 N.C. App. 408.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979.

STATE v. RIDDLE

No. 79 PC.

Case below: 40 N.C. App. 280.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 June 1979.